# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSHUA MCCABE,

    Petitioner,

vs.

HOWARD SKOLNIK, et al.,

    Respondents.

Case No. 3:10-CV-00613-LRH-(VPC)

**ORDER**

    The court ordered (#3) petitioner to file a complete application to proceed in forma pauperis or to pay the $5 filing fee. Petitioner has not complied with the court's order within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to comply with the court's order (#3). The clerk of the court shall enter judgment accordingly.

    DATED this 15th day of December, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE