AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JOSHUA MCCABE,

    Petitioner,        JUDGMENT IN A CIVIL CASE

V.

                              CASE NUMBER: **3:10-CV-00613-LRH-VPC**

SKOLNIK, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE for Petitioner's failure to comply with the Court's Order (Dkt #3).

    12/16/2010                                                         **LANCE S. WILSON**
                                                                                     Clerk

                                                                               /s/ P. McDonald
                                                                               Deputy Clerk